IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON KAY SEDANO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security; and ERIC H. HOLDERJR.,<br><br>　　　　　Defendants. | 4:13CV3091<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

　　　The defendant has filed a Motion for Extension of Time, ECF No. 17.  In a telephone conversation, plaintiff's counsel, expressed to my judicial assistant that she has no objection to this motion.

　　　IT THEREFORE IS ORDERED that:

　　　1.  the defendant's Motion for Extension of Time, ECF No. 17, is granted;

　　　2.  the defendant shall on or before September 16, 2013, file and serve its response brief;

　　　3.  within one week after the defendant's response brief is filed, the plaintiff may file and serve a reply brief ; and

　　　4.  in the absence of any other scheduling requests, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

　　　Dated August 19, 2013.

　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　_/s/ Warren K. Urbom_____

　　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　　United States Senior District Judge